UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Marie Devin

        v.                                 Case No. 08-cv-242-PB

US Social Security Administration,
Commissioner

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 6, 2009, no objection having been filed.

    SO ORDERED.


June 4, 2009                                  /s/ Paul Barbadoro
                                                     Paul Barbadoro
                                                     United States District Judge


cc:    Counsel of Record